FILED

2014 AUG -6 PM 3: 11

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL PINTER

CASE NO. 2:14-cr-82-FtM-38DNF
18 U.S.C. § 1709

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 7, 2014, in Lee County, in the Middle District of Florida,

MICHAEL PINTER,

the defendant herein, an employee of the United States Postal Service, did knowingly and unlawfully steal, take, and embezzle from the United States mail an article and thing contained therein, that is, a Target gift card, from a greeting card addressed by J.R., a United States Postal service customer, to be deliverable to a recipient in Massachusetts, which item came into MICHAEL PINTER's possession intended to be conveyed by him in the United States mail.

In violation of Title 18, United States Code, Section 1709.

## COUNT TWO

On or about July 2, 2014, in Lee County, in the Middle District of Florida,

MICHAEL PINTER,

the defendant herein, an employee of the United States Postal Service, did knowingly and unlawfully steal, take, and embezzle from the United States mail an article and thing contained therein, that is, a Target gift card, from a greeting card addressed and deliverable to E.B. in Miami, Florida, which item came into MICHAEL PINTER's possession intended to be conveyed by him in the United States mail.

In violation of Title 18, United States Code, Section 1709.

## COUNT THREE

On or about July 2, 2014, in Lee County, in the Middle District of Florida,

MICHAEL PINTER,

the defendant herein, an employee of the United States Postal Service, did knowingly and unlawfully steal, take, and embezzle from the United States mail an article and thing contained therein, that is, a Target gift card, from a greeting card addressed and deliverable to R.M. in West Palm Beach, Florida, which item came into MICHAEL PINTER's possession intended to be conveyed by him in the United States mail.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL,

_8/6/14_  
Date

_Jenée Waddell_  
Foreperson

A. LEE BENTLEY, III  
United States Attorney

By: _Yolande J. Viacava_  
Yolande G. Viacava  
Assistant United States Attorney

By: _Jenn M. Casas_  
Jesus M. Casas  
Assistant United States Attorney  
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:14-cr-            -FtM-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL PINTER

## INDICTMENT

Violations:

18 U.S.C. § 1709

A true bill,

_____
Foreperson

Filed in open court this 6th day

of August, 2014.

_____
Clerk

Bail $ _____

GPO 863 525